# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD COULSON,<br><br>                         Plaintiff(s),<br><br>vs.<br><br>SOUTHERN NEVADA MOVERS,<br><br>                         Defendant(s). | Case No. 2:16-cv-01989-RFB-NJK<br><br>ORDER |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than November 1, 2016, either (1) a joint proposed discovery plan; (2) a motion or stipulation to stay discovery addressing the pertinent standards; or (3) a joint status report otherwise explaining why the parties do not believe a proposed discovery plan should be filed at this time.

IT IS SO ORDERED.

DATED: October 24, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge