# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD COULSON, | Case No. 2:16-cv-01989-RFB-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| SOUTHERN NEVADA MOVERS, | |
| Defendant(s). | |

Pending before the Court is Defendant's proposed discovery plan, Docket No. 25, which is hereby **DENIED**. The pending discovery plan indicates that Plaintiff has not participated in formulating it. *See id.* at 1. Discovery plans must be submitted jointly, and all parties are required to work toward the formulation of a discovery plan. *See* Local Rule 26-1; Fed. R. Civ. P. 26(f).

Plaintiff is hereby **ORDERED** to call Defendant's counsel, Chris Davis, at (702)823-3500 by November 8, 2016, to discuss a schedule for moving this case forward. The parties shall then submit a joint proposed discovery plan by November 10, 2016. If Plaintiff fails to call Defendant's counsel as outlined above, Defendant shall file a notice so indicating by noon on November 9, 2016.

Plaintiff is hereby **CAUTIONED** that failing to comply with this Court order and the applicable rules of procedure may subject him to sanctions, up to and including dismissal of this case.

IT IS SO ORDERED.

DATED: November 2, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge