1
2
3
4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6

* * *

7

EDWARD COULSON,

Case No. 2:16-cv-01989-RFB-NJK

8

Plaintiff,

ORDER

9

v.

SOUTHERN NEVADA MOVERS,

10

Defendant.

11
12

Due to the scheduling needs of the court,

13

**IT IS ORDERED** that the Early Neutral Evaluation Conference, currently scheduled for

14

December 30, 2016, at 9:30 a.m. before the undersigned, is **VACATED** and **CONTINUED** to

15

**January 12, 2017, at 10:00 a.m. before <u>The Honorable Cam Ferenbach</u>, Room 3005**.

16

Confidential ENE statements are due to Judge Ferenbach's Chambers, Room 3005, **no**

17

**later than 4:00 p.m., January 5, 2017.**

18

All other instructions within the original Order Scheduling Early Neutral Evaluation

19

Conference (ECF No. 24) shall remain in effect.

20

DATED this 10th day of November, 2016.

21
22
23

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28

1