**COHEN|JOHNSON|PARKER|EDWARDS**
H. STAN JOHNSON, ESQ.
Nevada Bar No. 00265
sjohnson@cohenjohnson.com
CHRIS DAVIS, ESQ.
Nevada Bar No. 6616
cdavis@cohenjohnson.com
255 E. Warm Springs Road, Suite 100
Las Vegas, Nevada 89119
Telephone: (702) 823-3500
Facsimile: (702) 823-3400
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD COULSON,<br><br>          Plaintiff,<br><br>v.<br><br>SOUTHERN NEVADA MOVERS,<br><br>          Defendant. | Case No.: 2:16-cv-01989-RFB-NJK<br><br>**NOTICE OF PLAINTIFF'S FAILURE TO COMPLY WITH THIS COURT'S DISCOVERY ORDERS** |

On October 24, 2016, this Court ordered the parties "to file, no later than November 1, 2016, either (1) a joint proposed discovery plan; (2) a motion or stipulation to stay discovery addressing the pertinent standards; or (3) a joint status report otherwise explaining why the parties do not believe a proposed discovery plan should be filed at this time." Plaintiff simply ignored this order.

On November 2, 2016, this Court ordered Plaintiff "to call Defendant's counsel, Chris Davis, at (702)823-3500 by November 8, 2016, to discuss a schedule for moving this case forward." The Court cautioned Plaintiff "that failing to comply with this Court order and the applicable rules of procedure may subject him to sanctions, up to and including dismissal of this case." Plaintiff again ignored this order and failed to comply.

On November 10, 2016, the Court order Plaintiff "to show cause in writing, no later than November 28, 2016, why this case should not be dismissed for Plaintiff's failure to prosecute the case, failure to comply with Local Rule 26-1, and failure to obey the Court's orders at Docket

Nos. 22 and 26." The Court again warned Plaintiff that the "[f]ailure to respond to this order by November 28, 2016 will result in a recommendation that this case be dismissed." Plaintiff, for the third time, has blatantly ignored this Court's orders and refuses to comply.

Accordingly, Defendant SOUTHERN NEVADA MOVERS, by and through their counsels of record COHEN|JOHNSON|PARKER|EDWARDS, hereby notifies the Court that Plaintiff has repeatedly failed to comply with this Court's orders, and respectfully requests that Plaintiff's complaint be ***dismissed with prejudice*** as a sanction for his failure to comply, as set forth in this Court's prior orders. *See Lestari v. Darmawan*, 131 F.3d 147, 1997 WL 724547 at *1 (9th Cir. 1997) (holding that a "district court did not abuse its discretion by dismissing [plaintiff's] complaint" for a "party's failure to comply with a discovery order or participate in a pretrial conference" after the district court warned "of case-dispositive sanctions").

DATED the 30th day of November 2016,

                                                  COHEN|JOHNSON|PARKER|EDWARDS

                                                  By: /s/ Chris Davis
                                                        H. Stan Johnson, Esq.
                                                        Nevada Bar No. 00265
                                                        Chris Davis, Esq.
                                                        Nevada Bar No. 06616
                                                        255 E. Warm Spring Road, Suite 100
                                                        Las Vegas, Nevada 89119

                                                  *Attorneys for Defendant*

COHEN|JOHNSON|PARKER|EDWARDS
255 E. Warm Springs Road, Suite 100
Las Vegas, Nevada 89119
(702) 823-3500 FAX: (702) 823-3400

**PROOF OF SERVICE**

CASE NAME:      Coulson v. Southern Nevada Movers
Court:          USDC Nevada
Case No.:       2:16−cv−01989

On the date last written below, following document(s) was served as follows:

**NOTICE OF PLAINTIFF'S FAILURE TO COMPLY WITH THIS COURT'S DISCOVERY ORDERS**

| | |
|---|---|
| ___X___ | by placing an original or true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States Mail, Las Vegas, Nevada and addressed to: |
| _____ | by using the State Court's CM/ECF Electronic Notification System addressed to: |
| _____ | by electronic email addressed to : |
| _____ | by personal or hand/delivery addressed to: |
| _____ | By facsimile (fax) addresses to: |
| _____ | by Federal Express/UPS or other overnight delivery addressed to: |

Edward Coulson
4529 Townwall Street
Las Vegas, Nevada 89115
*Plaintiff*

DATED the 30th day of November 2016.

___/s/ Sarah Gondek_____
An employee of Cohen|Johnson|Parker|Edwards