UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EDWARD COULSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SOUTHERN NEVADA MOVERS,<br><br>　　　　　Defendant. | Case No. 2:16-cv-01989-RFB-NJK<br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation [ECF No. 33] of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered December 2, 2016.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by December 19, 2016. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

**IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 33] is

1 ACCEPTED and ADOPTED in full.

2 **IT IS FURTHER ORDERED** that Plaintiff Edward Coulson's case is DISMISSED.

3 **IT IS FURTHER ORDERED** that the Clerk of Court shall serve a copy of this Order to

4 Plaintiff and close the case.

6 DATED: January 13, 2017.

7 _____
**RICHARD F. BOULWARE, II**
8 **United States District Judge**